

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>THOMAS PAYNE BURBANK<br>DEFENDANT(S). | CASE NUMBER<br>2:17-CR-00075-JLS-1<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>defendant</u>, IT IS ORDERED that a detention hearing is set for <u>March 22</u>, <u>2017</u>, at <u>11</u>  ☒a.m. / ☐p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>E, 9th Floor, Spring Street</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: March 20, 2017

_____
U.S. District Judge/Magistrate Judge

---